UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **26-2419**

Jones v. Kleinman
(D.N.J. No. 2:24-cv-10750)

**ORDER**

Appellant seeks review of the District Court order and opinion entered May 26, 2026, denying his motion to dismiss the complaint. The order on appeal may not be final within the meaning of 28 U.S.C. § 1291 and may not otherwise be appealable at this time. All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:         June 10, 2026

CND/cc:        All Counsel of Record